IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-00429-PAB-KLM

DIRECTV, LLC, a California limited liability company,

    Plaintiff,

v.

ROBERT LEE, and
SUWIMOL LIU, individually, and d/b/a New China Restaurant,

    Defendants.

---

## ORDER

---

    This matter is before the Court on the Motion to Approve Consent Judgment [Docket No. 16] filed by plaintiff.  Plaintiff requests that the court approve and enter the attached Motion on Consent [Docket No. 16-1] executed by both parties.  Docket No. 16 at 1.  The Motion on Consent requests that the Court enter an order granting judgment in favor of plaintiff and against defendants, jointly and severally, for the sum of $50,000 and dismissing this case with prejudice with each party to bear its own costs and fees.  Docket No. 16-1.  The parties also request that the Court retain jurisdiction over this case "for the enforcement of the Order."  Docket No. 16-1.

    A district court may retain jurisdiction over a case to enforce the terms of a settlement agreement provided that the order of dismissal shows an intent to retain jurisdiction.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 380-81 (1994).  However, "[e]xcept in extraordinary circumstances, the Court will not retain jurisdiction . . . over cases that have been settled. . . . Any motion or stipulation for

dismissal requesting that the Court retain jurisdiction after dismissal shall explain in detail the extraordinary circumstances necessitating such an approach." Practice Standards (Civil Cases), Judge Philip A. Brimmer § I.H.5. The parties do not identify any extraordinary circumstances and, upon review, no such circumstances are apparent to the Court. As a result, the Court will not retain jurisdiction over this case.

Wherefore, it is

**ORDERED** that the Motion to Approve Consent Judgment [Docket No. 16] and the Motion on Consent [Docket No. 16-1] is **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that the Clerk of the Court shall enter judgment in favor of plaintiff and against defendants, jointly and severally, in the amount of $50,000.00. It is further

**ORDERED** that this case is dismissed with prejudice. Each party shall bear its own costs and fees.

DATED May 6, 2015.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge